UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cr-00039-JMS-DKL |
| | ) | |
| ERIC D. BATTLE (01), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation [dkt. 76] that Eric Battle's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, with the parties waiving the fourteen-day period to object, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation [dkt. 76]. The Court finds that Mr. Battle committed Violation Numbers 1, 2, 3, 4, and 5, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt 67]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Eric Battle is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day imprisonment with no supervised release to follow. The Court further recommends placement at FCI Terre Haute.

So ORDERED.

Date: February 17, 2017

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal